UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.   10-11737-BKC-
JOHN G ELDER
JUDITH A ELDER

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 15,648.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 07-01-15

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

JOHN G ELDER
JUDITH A ELDER
219 NW 12 AVE
APT 704
MIAMI, FL 33128-2207

MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

FORENSIC ANIMATION & IMAGING
7340 SW 48 ST #108
MIAMI, FL 33155

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


   IN RE:                              CASE NO.  10-11737-BKC-
   JOHN G ELDER
   JUDITH A ELDER


                                       CHAPTER 13


   JOHN G ELDER
   JUDITH A ELDER
   219 NW 12 AVE
   APT 704
   MIAMI, FL 33128-2207

   MICHAEL A. FRANK, ESQUIRE
   UNION PLANTERS BNK BLDG #620
   10 NW LEJEUNE RD
   MIAMI, FL 33126-5431

   FORENSIC ANIMATION & IMAGING   ---------$     15,648.00
   7340 SW 48 ST #108
   MIAMI, FL 33155
                                              UNDELIVERABLE/STALE
                                              CLAIM REGISTER# 8

   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```